**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 31, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00587-CR

### IN RE RAUL OLVERA, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1009434**

## MEMORANDUM OPINION

On July 18, 2018, relator Raul Olvera filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel Chris Daniel, the District Clerk of Harris County, to provide relator with a free transcript of his trial.

We do not have jurisdiction to issue a writ of mandamus against the district clerk because the clerk is not one of the parties specified in section 22.221(b) of the Texas Government against whom we many issue a writ. *See* Tex. Gov't Code Ann. § 22.221(b). Nor is it necessary to issue a writ against the clerk to enforce our appellate jurisdiction. *See id*. § 22.221(a).

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).

2